Richard J. Glair
1183 Queen Anne Place
Los Angeles, CA. 90019
323-860-8719

FILED
2011 JAN -4 PM 4:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard J. Glair, | Case No.: CV11 93 R (RNB) |
| Plaintiff, | COMPLAINT FOR DAMAGES PURSUANT TO |
| vs. | 42 USC 1983 & 42 USC 1986 |
| City of Santa Monica, California, Timothy J. Jackman, Police Chief of Santa Monica, California, Santa Monica Police Officers Micklenberg, Boyd, & Amanche | REQUEST FOR JURY TRIAL |
| Defendants | |

Preface

This complaint arises against the City of Santa Monica, California and various of its police department employees for events that occurred on January 10, 2010 in the City of Santa Monica. In particular, defendants denied plaintiff his Fourth and First amendment rights, have failed to properly train their employees, have a custom of illegal searches and seizures. In addition, the City has enacted a law, that exceeds its legal authority and has enacted two laws that, in part, shock the conscience.

JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 42 USC 1983. 42 USC 1986, and

[**Summary of pleading**] - 1

28 USC 1331 and 1343(a).

Venue lies pursuant to 28 USC 1391.

## PLAINTIFF

Plaintiff is 56 years old, has no criminal record, nor significantly, no "points" on his California driving record nor did he have any outstanding warrants, of any type, on January 10, 2010.

## DEFENDANTS

Defendants are as described above with the named officers, Micklenberg in particular, being responsible for the deprivations described above.

## STATEMENT OF FACTS

a.

Perfect, plaintiff believes, is a word seldom associated with almost anything in life. Nonetheless, such word could be applied to the weather conditions in the Los Angeles area on January 10, 2010. It was warm, sunny, balmy, bright and to mix metaphors, even cheerful.

Because it was so perfect plaintiff decided to ride his bike to the beach in Santa Monica-a distance of approximately eight miles from plaintiff's home. The bike was a ordinary 10-speed, with no pouches, bags or attachments of any type.

Plaintiff wore a "t-shirt", slacks and running shoes. Plaintiff had in his left pocket a small(flat) bottle of cologne, two golf balls, a tiny(less than half an inch) golf pencil and in his right pocket a wallet of ordinary size. (plaintiff was going to practice putting at a local public course but because the weather was so nice plaintiff decided to leave the putter home.) Plaintiff was in the best of moods.

He rode his bike to the beach down Pico Bl, one or three or four major streets in the area. The street is all commercial with landmarks such as the fabled 20th

Century Fox studios and Santa Monica College.  It is always busy with bicycles being an extremely common sight since the street ends exactly at the Pacific Ocean.

After sitting at the beach for am hour or so, plaintiff went back the same way on the other side of the street. The conditions of plaintiff , the bike, the weather were as described above.  It was a peaceful Sunday afternoon.

b.

Approximately two blocks past Lincoln Bl(a very busy north -south street) plaintiff was riding his bike. Suddenly, out of the corner of his left eye he saw a car stop in the middle of the street and then saw a police officer(defendant Micklenberg) charge right at plaintiff. With his hand on his weapon, his body shaking, his body arched back, his eyes actually Satanic in anger Micklenberg began shouting "SHOW ME YOUR LICENSE,SHOW ME YOUR LICENSE". On a scale of 1 the lowest,10 the highest,Micklenberg was shouting at a "15."  Plaintiff has never personally witnessed anyone so threatening.

Since plaintiff had no idea what was going on he got off the bicycle, frozen in his movements and said "what is it?' Again, Micklenberg started screaming as above saying "do you have a license for that bike" and "you can't ride on the sidewalk with a bike." Plaintiff looked at him and said "your acting like this over that?" Again, though in a slightly lower voice, Micklenberg asked for the license. Plaintiff set the bicycle against a pole or meter and gingerly took out his  driver's license and gave it to defendant.  Plaintiff was perfectly still. Micklenberg then asked for a bicycle license.  Plaintiff said you don't need a bicycle license again defendant started screaming that "you need a bicycle license to ride in Santa Monica." Plaintiff knew this was false and said "you do not need a bicycle license." Defendant insisted you did.  Defendant then called in plaintiff's driver's license number.

As the inevitable, interminable wait for a response to defendant's report of Plaintiff's license continued, plaintiff shook his head and said, "you know, this is

[**Summary of pleading**] - 3

a silly thing to give a ticket for."

c.

This mild criticism was too much for Micklenberg. He immediately started shouting, "Alright, get against the wall, I'm going to search you for weapons." Plaintiff said, "search me for weapons, your not searching anybody. I know the Law. Under Terry v. Ohio, you can only search me if you think I'm armed and dangerous. This is a bicycle ticket. Just give me the ticket and I'll go." Micklenberg shouted "no, I'm going to pat you down for weapons. Your being belligerent."

Plaintiff said :"belligerent? I'm disagreeing with you. I can do that. I know the cases, Houston v. Hill, Lewis v. City of New Orleans. I can disagree with you. Just give me the ticket."

Micklenberg then reached out to forcefully grab plaintiff. In considerable fear, but in defense of his rights, plaintiff stepped back away. Micklenberg then screamed "al right, that's it." He made a sudden movement but thankfully it was for his radio.

d.

Almost immediately defendant Boyd appeared on the scene. Micklenberg whispered soemthing to Boyd. Plaintiff said to Boyd, "will you tell him he cannot touch me for a bicycle ticket." Boyd seemed ambivalent about the situation and appeared to sense that plaintiff was correct.

Suddenly Micklenberg grabbed plaintiff by the left bicep [~~shoulder~~] forced plaintiff to turn around and continued to hold and squeeze plaintiff's left shoulder. Micklenberg began running his hands back and forth across plaintiff's buttocks and kept screaming "spread your legs. spread em." Even when plaintiff humiliatingly spread his legs Micklenberg kept screaming, "spread em, spread em and ran his hands back and forth over plaintiff's buttocks in a sadistic, erotic manner. At one point he actually rubbed plaintiff's buttocks.

[Summary of pleading] - 4

e.

Boyd stood by and did nothing. Shortly after this "pat down", defendant Amanche appeared. Plaintiff told her to tell Micklenberg that he could not pat plaintiff down for a bicycle ticket or because plaintiff disagreed with about the ticket. Amanche did nothing but, incredibly, said to plaintiff. "we just want you to have a nice day, sir." When plaintiff looked at her and said "What" Amanche repeated this statement and continued to repeat it.

Micklenberg then started to run his hands over plaintiff's pocket. Despite none of the items even remotely resembling a weapon, Micklenberg reached into plaintiff's pocket and then dropped the items on the ground.

f.

Micklenberg continued to grip plaintiff and would not let him go and appeared angry and frustrated. Finally, he released his grip and just stared at plaintiff while breathing heavily. He then wrote a citation for riding a bike on the sidewalk and not having a license for a bike. After writing the ticket none of the defendants told plaintiff he could leave-and another 10-15 minutes past as they spoke with one another. Finally, plaintiff picked up the items, rode away on his bike. He looked back and saw that Micklenberg was still breathing heavily and looking befuddled.

g.

On either February or March 10,2010 the charge of driving on the sidewalk was dismissed in Los Angeles Superior court.(defendants had "dropped" the license charge.) In dismissing the ticket the trial judge said:

this is real serious isn't it?

At which point, he and the entire Courtroom,including the District Attorney, started

[**Summary of pleading**] - 5

laughing uproariously.

CAUSES OF ACTION

1. Violation of substantive due Process

Defendants have made the "crimes" of driving without a bicycle License and driving a bicycle on the sidewalk misdemeanors punishable by jail. This punishment shocks the conscience.

2. The City has knowingly violated the law.

The City has no authority, whatsoever, to require a non resident to have a bicycle license and any law so requiring violates 42 USC 1983. Furthermore, defendant Chief Jackman has knowingly violated said lack of authority by posting a web site claiming that a non Resident needs a bicycle license.

3. Defendant Jackman has failed to train his officers that a pat down for weapons can only occur if an officer has reason to believe a suspect his armed and dangerous and thereby has violated 42 USC 1983 as it pertains to the Fourth amendment.

4. Defendant Jackman has failed to train his officers that a seizure Of items from a suspects pocket can only occur if the items resemble weapons and thereby has violated 42 USC 1983 as it pertains to the Fourth amendment. Plaintiff further alleges that said Jackman has a custom of doing so based on the above incident and an incident witnessed by plaintiff on November 25, 2010 in Santa Monica where an incident similar to the above occurred in the 3rd street shopping area in Santa Monica.

[Summary of pleading] - 6

5. Defendant Jackman has failed to train his officers that a pat down for weapons cannot occur because a suspect verbally disagrees with a policeman and thereby has violated 42USC 1983 as it pertains to the First amendment.

6. Defendants Boyd and Amanche have violated 42 USC 1986 by allowing Violations of 42 USC 1983 to occur in their presence and by making no attempt to stop said violations.

7. Defendant Micklenberg has violated 42 USC 1983 for seizing Plaintiff when no evidence, at all, existed that plaintiff was armed and dangerous as required under the Fourth amendment for a "pat down" search.

8. Defendant Micklenberg has violated 42 USC 1983 for Removing items from plaintiffs pockets that bear no resemblance to weapons.

9. Defendant Micklenberg has violated, as it pertains to the First amendment, 42 USC 1983, in that a suspect can disagree, verbally, with a police officer.

Plaintiff, in Pro Per, requests a jury trial on the above matters.
Respectfully,
Richard J. Glair                                         January 4, 2010

[Summary of pleading] - 7

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Richard J. Glair

**DEFENDANTS**
City of Santa Monica et al.,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
1183 Queen Anne
L.A. C.A. 90019 - 323-872-8957

**Attorneys (If Known)**
unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** Jury Decision

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 USC 1983, 42 USC 1486 Deprivation of Civil Rights

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☒ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 1/4/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |