1    MARSHA JONES MOUTRIE, City Attorney
     CAROL ANN ROHR, Deputy City Attorney
2    Bar No. 90012
     carol.rohr@smgov.net
3    1685 Main Street, Room 310
     Santa Monica, California 90401
4    Telephone: (310) 458-8335
     Facsimile: (310) 451-5862

Attorneys for Defendant
OFFICER WILKENING

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. GLAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA MONICA, CALIFORIA, TIMOTHY J. JACKMAN, POLICE CHIEF OF SANTA MONICA, CALIFORNIA, SANTA MONICA POLICE OFFICERS WILKENING, BOYD, & AMIACHE<br><br>    Defendants. | CASE NO.: CV 11 0093 R (RNB)<br>(Case assigned to Hon. Manuel L. Real)<br><br>**PRO-SE MATTER**<br><br>**JUDGMENT FOR DEFENDANT, OFFICER WILKENING** |

This action came on for hearing before the Court on July 22, 2013, Honorable Manuel L. Real, District Judge Presiding, on a Motion for Summary Judgment on behalf of Defendant, Officer Wilkening, as to Plaintiff's First, Second and Third remaining claims. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the motion is granted in favor of said defendant and against Plaintiff, Richard J. Glair, and Plaintiff take nothing, that the action be dismissed with prejudice on the merits and that Defendant, Officer Wilkening, an employee of the City of Santa Monica, recover his/its costs.

Dated:_August 21, 2013_      _____
                                       HONORABLE MANUEL L. REAL
                                            United States District Judge

**PROOF OF SERVICE**
Richard J. Glair v. City of Santa Monica, et al
CV 11 0093 R (RNB)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1685 Main Street, Third Floor, Santa Monica, California 90401-3295. On July 31, 2013, I served the document(s) described as **[PROPOSED] JUDGMENT FOR DEFENDANT OFFICER WILKENING** on the interested parties in this action as follows:

☒   by placing  ☐ the original   ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Richard J. Glair | Plaintiff – in pro per |
| 1183 Queen Anne Place | Telephone No.: (323) 860-8719 |
| Los Angeles, CA 90019 | |

☒   **BY MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at 1685 Main Street, Santa Monica, California 90401, with delivery fees fully provided for.

☐   **BY FAX**: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒   **BY PERSONAL SERVICE:  Santa Monica Express, Inc.,** personally delivered such envelope by hand to the addressee(s).

☐   [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   [Federal]   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 31, 2013, at Santa Monica, California.

*/s/ Maria Comer*
Maria Comer